1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   LLOYD F. LEROY, ESQ., S.B. #203502
2  RICHARD M. GRANT, ESQ., S.B. #55677
   BRAYTON✥PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6

7  Attorneys for Plaintiffs

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF PENNSYLVANIA

10

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br>2:01-md-00875-ER<br>Case No. 2:09-cv-64068-ER |
| PAULA ROBERTSON, as Successor-in-Interest to and Wrongful Death Heir of JOHN ROBERTSON, Deceased, and DIANA SPINT, as Legal Heir of JOHN ROBERTSON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION, *et al.*,<br><br>Defendants. | NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT<br><br>This document relates to:<br><br>*Thomas Huff, et al. v. Kaiser Ventures, LLC., et al.,* United States District Court, Northern District of California, Case No. 3:08-cv-04490-BZ |

   NOTICE IS HEREBY GIVEN that PAULA ROBERTSON, et al., plaintiffs in the above

captioned matter, appeals to the United States District Court of Appeals for the Third Circuit

///

///

///

1 | from an Order Granting Summary Judgment in favor of defendant HUNTINGTON INGALLS
2 | INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.) entered in this
3 | action on the 25th day of June, 2012.
4 | Dated: July 25, 2012         BRAYTON❖PURCELL LLP

By: /s/ Richard M. Grant
    Richard M. Grant, Esq., CA S.B. #55677
    222 Rush Landing Road
    Novato, CA. 94948
    rgrant@braytonlaw.com
    Tel: (415) 898-1555
    Fax: (415) 898-1247
    Attorneys for Plaintiffs

*Paula Robertson, et al. v. Carrier Corporation, et al.*
United States District Court, EDPA Case No. 2:09-cv-64068-ER

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on July 25, 2012.

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by:

    XX          BY OFFICE MAILING


Counsel for HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.)
Tucker Ellis LLP
135 Main Street, Suite 700
San Francisco, CA 94105


Dated this 25th day of July, 2011.

/s/ Diane I. Davidowski
Brayton❖Purcell LLP
222 Rush Landing Rd.
Novato, CA 94948-6169
(415) 899-1011 Ext. 389
ddavidowski@braytonlaw.com